UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00287-SSS-BFM | Date | February 6, 2026 |
|---|---|---|---|
| Title | *Muhammad Nuristani et al. v. Mark Bowen et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PETITIONERS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUING ORDER TO SHOW CAUSE [DKT. NO. 2]**

Before the Court is Petitioners' ex parte Application for a Temporary Restraining Order ("TRO") filed on January 22, 2026 in conjunction with their Petition for Writ of Habeas Corpus. [Dkt. No. 2]. Respondents filed their Opposition to the TRO on February 5, 2026. [Dkt. No. 8, "Opp."].

Based on the Response, it appears that each Petitioner has received individualized bond determinations before an IJ. [Opp. at 2]. At the conclusion of these bond hearings, Petitioners were each granted bond and released. [*Id.*]. Because Petitioners appear to have received the requested relief in the TRO, the Court finds the Application **MOOT**. As such, the Court **DENIES** the Application.

Because Petitioners have each received an individualized bond hearing as requested in their Application and are no longer in detention, the Court **ORDERS** Petitioners **TO SHOW CAUSE** as to why the entire case should not be dismissed

as moot.  Petitioners shall file any response by **Wednesday**, **February 11, 2026**, and Respondents shall file any reply by noon on **Friday, February 13, 2026**.  Failure to respond will result in dismissal of the matter.

    **IT IS SO ORDERED**.