J S - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00287-SSS-BFM | Date | February 12, 2026 |
|---|---|---|---|
| Title | *Muhammad Nuristani et al. v. Mark Bowen et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO RESPOND [DKT. NO. 9]**

On February 6, 2026, the Court issued an Order to Show Cause against Petitioners as to why the entire case should not be dismissed in light of Petitioners having received their requested relief.  [Dkt. No. 9].  The deadline for Petitioners to respond was February 11, 2026; however, no response to the Order to Show Cause has been submitted.

Because Petitioners have failed to respond to the Order to Show Cause and because none of the Petitioners remain in detention, the Court **DISMISSES WITHOUT PREJUDICE** the entire action.  The Clerk is directed to close the case.

**IT IS SO ORDERED**.